The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GARRET ARTHUR LENGYEL,<br><br>   Defendant. | NO. CR24-211-JNW<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (the "Motion") for the following property, seized from Defendant Garret Arthur Lengyel's residence in Marysville, Washington, on or about October 23, 2024 (the "Subject Property"), which has already been forfeited by Defendant:

1. Disassembled pieces and powder from an explosive device;
2. Body armor; and
3. Approximately 100 ammunition components.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

///

Final Order of Forfeiture - 1
*United States v. Lengyel,* CR24-211-JNW

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

- On July 21, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable, pursuant to 21 U.S.C. § 853, and forfeiting to the United States the Defendant's interest in it (Dkt. No. 36);

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 38), and sent direct notice, by means reasonably calculated to reach them, to all potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture ¶¶ 2-3, Exhibits A-B); and,

- The time period for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 2
*United States v. Lengyel,* CR24-211-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 25th day of November 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Lengyel,* CR24-211-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970